No. 92-1012. SIMPSON PAPER (VERMONT) CO. v. DEPARTMENT OF ENVIRONMENTAL CONSERVATION ET AL. Sup. Ct. Vt. In light of the dismissal of the petition on January 5, 1994 [510 U. S.

1032], the order entered June 6, 1994 [511 U. S. 1141], denying the petition for writ of certiorari is vacated.